IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

THOMAS MANIS,
    Plaintiff,

v.                                                                 Docket No. 1:24-cv-262
                                                                   JURY DEMAND

STATE OF TENNESSEE et al.;
    Defendants.

## JOINT STIPULATION OF DISMISSAL OF CERTAIN PARTIES ONLY

Come now the parties, by and through counsel, and file this joint stipulation of dismissal of certain parties with prejudice. Specifically, the parties jointly stipulate the following:

The Tennessee Department of Safety and Homeland Security and the Tennessee Highway Patrol are agencies of the State of Tennessee and are not necessary to be named as individual party defendants in addition to the State of Tennessee.

Some of the actions of both Trooper Frank William "Billy" Yates-Matoy and Trooper Riley Shreiner were taken in their roles as employees of the State of Tennessee acting in the course and scope of their employment; and therefore not necessary to be named as party defendants **in their official capacities** in addition to the State of Tennessee.

Therefore, the parties stipulate pursuant to *Federal Rule of Civil Procedure* 41(a)(1) that the Tennessee Department of Safety and Homeland Security; the Tennessee Highway Patrol; Trooper Frank William "Billy" Yates-Matoy, in his official capacity; and Trooper Riley Shreiner, in his official capacity, should be dismissed with prejudice effective immediately upon the filing of this stipulation.

The parties further jointly stipulate that Plaintiff's claims against Trooper Frank William "Billy" Yates-Matoy and Trooper Riley Shreiner in **their individual capacities** are unaffected

1

by this stipulation.

      Finally, the parties stipulate that each party shall bear its own court costs, discretionary costs and attorney's fees associated with this stipulation.

| CHANCEY – KANAVOS | JONATHAN SKRMETTI |
|---|---|
| | Attorney General and Reporter |
| BY: /s/ H. Franklin Chancey | |
|     H. FRANKLIN CHANCEY, BPR# 013187 | By: /s/ Peako Jenkins |
|     G. SCOTT KANAVOS, BPR #013292 |     PEAKO JENKINS, BPR # 32190 |
|     Attorney for Plaintiff |     Assistant Attorney General, |
|     P.O. Box 42 |       Law Enforcement and Special |
|     Cleveland, Tennessee 37364-0042 |       Prosecutions Division |
|     (423) 479-9186 |     Office of Tennessee Attorney General |
|     franklin@cklplaw.com |     P.O. Box 20207 |
|     scott@cklplaw.com |     Nashville, Tennessee 37202-0207 |
| |     (615) 741-8059 |
| |     peako.jenkins@ag.tn.gov |
| |     Attorneys for State of Tennessee |

CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2024 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                            <u>/s/ H. Franklin Chancey</u>
                                            H. FRANKLIN CHANCEY