UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THOMAS MANIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24–cv–00262–CLC–CHS ) |
| STATE OF TENNESSEE DEPARTMENT OF SAFETY AND HOMELAND SECURITY, et al., | ) ) ) ) |
| Defendant. | |

**NOTICE OF DEFICIENCY (PDF)**

Documents filed in CM/ECF must be in PDF format. PDF documents containing editable or fillable elements are rejected by court policy. The document filed by you contained editable or fillable elements. The Clerk's office has converted the document filed by you to a non–fillable PDF and replaced the document in CM/ECF. In future filings, please ensure the document you file is no longer in an editable or fillable format by digitally flattening the PDF or by printing and subsequently scanning the document as a PDF prior to uploading the document to CM/ECF.