UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| THOMAS MANIS, | ) |
| *Plaintiff,* | ) ) ) ) Case No. 1:24-cv-262 |
| v. | ) ) Judge Curtis L. Collier |
| STATE OF TENNESSEE, *et al.*, | ) Magistrate Judge Christopher H. Steger ) |
| *Defendants.* | ) |

## O R D E R

More than ninety days have passed since the filing of the complaint in this matter. It is unclear from the record whether process has been served upon Defendant State of Tennessee or whether this Defendant has waived service of process. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), a defendant must respond to a complaint within twenty-one days of service.

It is therefore **ORDERED** that **within fourteen days** of the date of entry of this Order:

(1) Plaintiff shall show cause why his claims against Defendant State of Tennessee should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; **OR**

(2) Defendant State of Tennessee shall respond to the complaint; **OR**

(3) Plaintiff shall move for entry of default pursuant to Rule 55(a); **OR**

(4) Plaintiff shall show cause why the case should not be dismissed pursuant to Rule 41(b).

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**