IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

THOMAS MANIS,
    Plaintiff,

v.                                                                                                     Docket No. 1:24-cv-262
                                                                                                    JURY DEMAND

STATE OF TENNESSEE et al.;
    Defendants.

**RULE 26 REPORT OF PARTIES' INITIAL DISCOVERY PLAN MEETING**

      1.      Pursuant to *Fed. R. Civ. P.* 26(f), the following Counsel for the Parties have conferred telephonically and/or through written communication:

    H. Franklin Chancey, for Plaintiff.

    Peako Jenkins, Assistant Attorney General, for Defendant State of Tennessee

      2.      Pre-Discovery Disclosures. The parties will exchange the information required by *Fed.R.Civ.P.* 26(a)(1) pursuant to the Court's scheduling order or within fourteen (14) days from the date of this report, whichever shall first occur.

      3.      Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects:

    Claims and allegations in Plaintiff's Complaint relating to alleged constitutional deprivations and violations claimed, as well as alleged state law matters to the extent the same are not disposed of by agreed order. The discovery will take into consideration the claims against Defendant State of Tennessee and as it relates to the facts and circumstances upon which Plaintiff bases all theories of recovery.

Discovery will involve issues regarding policy, customs, and procedures considerations, e.g. *Monell* discovery, as well as circumstances giving rise to this case.

In addition, discovery will be needed as it relates to the nature and extent of the damage claimed in this matter.

It is further expected that discovery will include the defenses and denials included within Defendant's answer.

The parties will exchange written discovery and will confer to arrange deposition discovery by agreement to the extent possible as allowed by the *Federal Rules of Civil Procedure*.

New matters or topics that arise during discovery may be subject to discovery.

4. The disclosure or discovery of electronically stored information may be an issue in this case. To the extent that disclosure or discovery of such information becomes an issue, the parties will confer and attempt to reach an agreement regarding the proper handling of such information and will supplement this Discovery Plan accordingly.

5. The parties agree that claims of privilege or of protection as trial preparation material, including procedures to assert these claims after production, should be governed by *Fed. R. Civ. P.* 26(b)(5).

6. The parties agree that the limitations imposed on discovery by the *Federal Rules of Civil Procedure*, the Court's Scheduling Order, and/or by Local Rule shall govern this case.

7. Pretrial Conference and Settlement.

The possibility of settlement of this action is not known at this time. The parties agree that it is premature to determine whether an early mediation is appropriate in this case.

However, the parties remain open to consideration of alternative dispute resolution and will confer with one another concerning the possibility of such alternative dispute resolution.

8. Trial of this case is estimated to last three to four (3-4) days. The parties request and anticipate that it will require no less than eighteen (18) months for all discovery and other pretrial matters, including motion practice to be complete before the case is ready for trial.

CHANCEY – KANAVOS

BY: /s/ H. Franklin Chancey
    H. FRANKLIN CHANCEY, BPR# 013187
    G. SCOTT KANAVOS, BPR #013292
    Attorney for Plaintiff
    P.O. Box 42
    Cleveland, Tennessee 37364-0042
    (423) 479-9186
    franklin@cklplaw.com
    scott@cklplaw.com

JONATHAN SKRMETTI
Attorney General and Reporter

By: /s/ Peako Jenkins
    PEAKO JENKINS, BPR # 32190
    Assistant Attorney General,
      Law Enforcement and Special
      Prosecutions Division
    Office of Tennessee Attorney General
    P.O. Box 20207
    Nashville, Tennessee 37202-0207
    (615) 741-8059
    peako.jenkins@ag.tn.gov
    Attorneys for State of Tennessee