IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

THOMAS MANIS,
    Plaintiff,

v.                                                            Docket No. 1:24-cv-262
                                                              JURY DEMAND

STATE OF TENNESSEE et al.;
    Defendants.

## JOINT STIPULATION OF DISMISSAL

Come now the parties, by and through counsel, and file this joint stipulation of dismissal with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii) and jointly stipulate that Plaintiff voluntarily dismisses all claims against Defendants in this matter, therefore this entire matter is to be dismissed with prejudice effective immediately upon the filing of this stipulation with each party bearing its own court costs, discretionary costs and attorney's fees.

| CHANCEY – KANAVOS | JONATHAN SKRMETTI |
|---|---|
| | Attorney General and Reporter |
| BY: /s/ H. Franklin Chancey | |
|     H. FRANKLIN CHANCEY, BPR# 013187 | By: /s/ Peako Jenkins |
|     G. SCOTT KANAVOS, BPR #013292 |     PEAKO JENKINS, BPR # 32190 |
|     Attorney for Plaintiff |     Assistant Attorney General, |
|     P.O. Box 42 |       Law Enforcement and Special |
|     Cleveland, Tennessee 37364-0042 |       Prosecutions Division |
|     (423) 479-9186 |     Office of Tennessee Attorney General |
|     franklin@cklplaw.com |     P.O. Box 20207 |
|     scott@cklplaw.com |     Nashville, Tennessee 37202-0207 |
| |     (615) 741-8059 |
| |     peako.jenkins@ag.tn.gov |
| |     Attorneys for Defendants |

CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      /s/ H. Franklin Chancey
      H. FRANKLIN CHANCEY